UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

  v.

BRENT TAGESON, et al.,

    Defendants.         /

NO. CR 06-00346 DLJ

STIPULATION AND
TRAVEL ORDER

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brent Tageson may travel outside the Northern District of California, from August 4, 2006 through August 6, 2006, to Las Vegas, Nevada.  Brent Tageson has provided Pretrial Services with his travel itinerary, including, his flight information and the hotel where he will be staying.

    Pretrial Services Officer Paul Mamaril advised that Brent Tageson is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant TAGESON
Dated: July 14, 2006

/S/GEORGE BEVAN
GEORGE BEVAN
Assistant U.S. Attorney
Dated: July 14, 2006

**IT IS SO ORDERED.**

Dated: July 17, 2006

WAYNE D. BRAZIL
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*
(Seal: United States District Court, Northern District of California)