UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>BRENT TAGESON, et al.,<br><br>    Defendants.        / | NO. CR 06-00346 DLJ<br><br>STIPULATION AND<br>TRAVEL ORDER |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brent Tageson may travel outside the Northern District of California, from September 22, 2006 through September 24, 2006, to San Diego, California, for the purposes of attending a wedding. Brent Tageson will be traveling by car and agrees that prior to traveling he must provide Pretrial Services with the location at which he will be staying and contact information.

Pretrial Services Officer Paul Mamaril advised that Brent Tageson is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE                    /S/GEORGE BEVAN
JAMES BUSTAMANTE                       GEORGE BEVAN
Attorney for Defendant TAGESON         Assistant U.S. Attorney
Dated:  September 8, 2006              Dated:  September 11, 2006

**IT IS SO ORDERED.**

Dated: September 12, 2006

_____
WAYNE D. BRAZIL
U.S. Magistrate Judge