UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|     Plaintiff, | NO. CR 06-00346 DLJ |
|   v. | STIPULATION AND TRAVEL ORDER |
| BRENT TAGESON, et al., | |
|     Defendants.    / | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brent Tageson may travel outside the Northern District of California, from October 4, 2006 through October 7, 2006, to Richland, Washington, for the purposes of attending a funeral. Brent Tageson will be traveling by car and agrees that prior to traveling he must provide Pretrial Services with the location at which he will be staying and contact information.

Pretrial Services Officer Paul Mamaril advised that Brent Tageson is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE                    /S/GEORGE BEVAN
JAMES BUSTAMANTE                       GEORGE BEVAN
Attorney for Defendant TAGESON         Assistant U.S. Attorney
Dated: October 3, 2006                 Dated: October 3, 2006

**IT IS SO ORDERED.**

Dated: October 3, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
U.S. Magistrate Judge