**FILED**
NOV 9 - 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-00346 DLJ |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] TRAVEL ORDER |
| v. | |
| BRENT TAGESON, et al., | |
| Defendants. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brent Tageson may travel outside the Northern District of California, from November 10, 2006 through November 15, 2006, to Pomona, California. Brent Tageson will be traveling by car and agrees that prior to traveling he must provide Pretrial Services with the location at which he will be staying and contact information.

Pretrial Services Officer Paul Mamaril advised that Brent Tageson is in full compliance with his conditions of release and he has no objection to the requested travel plans, under the conditions proposed herein.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant TAGESON
Dated: November 3, 2006

/S/GEORGE BEVAN
GEORGE BEVAN
Assistant U.S. Attorney
Dated: November 3, 2006

**IT IS SO ORDERED.**

Dated: 11-9-06

WAYNE D. BRAZIL
U.S. Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial, Frances