1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: 510-637-3689

7
   Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12  UNITED STATES OF AMERICA,          )      No. CR-06-00346-DLJ
                                       )
         Plaintiff,                    )
13                                     )
         v.                            )      STIPULATION AND ORDER
14                                     )      CALENDARING DATE FOR
                                       )      STATUS/SETTING
15                                     )
    BRENT A. TAGESON,                  )
16                                     )
         Defendant.                    )
17

18
         The United States and the defendant, through their respective counsel, jointly
19
    stipulate and respectfully request the Court to calendar this matter for status/setting on
20
    **Friday, December 22, 2006, at 9:00 a.m.** The defendant is not in custody.
21
         The parties agree that exclusion of time under the Speedy Trial Act until that date
22
    is in the interests of justice, given the ongoing discussions between the parties about a
23
    settlement of this case, the fact that the government is providing additional discovery to
24
    defense counsel, and the need for effective representation.
25

26

27
    Dated: _11/15/06_ .            GEORGE L. BEVAN JR.
28                                 United States Attorney

FILED

NOV 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1

2    Dated: 11-15-06

3                                         JAMES BUSTAMANTE, ESQ.
4                                         ALEXANDRA RAHN, ESQ.
                                          Attorneys for Defendant Brent Tageson
5

6

7    IT IS SO ORDERED.

8

9

10   Dated:    11-16-06

11                                        D. LOWELL JENSEN
                                          United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CALENDAR
FOR STATUS/SETTING                                    2