```
                                              FILED
                                              JAN 17 2007
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
                                              OAKLAND
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRENT TAGESON, et al.,<br><br>          Defendants.       / | NO. CR 06-00346 DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF PRETRIAL RELEASE |

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that conditions of pretrial release for defendant BRENT TAGESON be modified to allow him to travel outside the Northern and Eastern Districts of California, but within the United States, without a court order, so long as he obtains permission from Pretrial Services prior to his travel. All other conditions of release are to remain the same.

The reason for this request is to allow Mr. Tageson to travel as required for his new employment. Mr. Tageson recently was hired by Nexusis, a company that installs Cisco network systems for large companies throughout the United States. Mr. Tageson will be working as a tech, installing the network systems, requiring him to travel throughout the United States. It will be cumbersome, and often times insufficient time will exist, to obtain a court order each time he is required to

*[handwritten notation at bottom: dc: WDB's Stats, Copy to parties via ECF / Frances, Pretrial, Financial]*

1  travel for his employment.

2      Mr. Tageson has been on pretrial release on a $100,000.00
3  unsecured personal recognizance bond since May 30, 2006.
4  Pretrial Services Officer Paul Mamaril advised that Brent
5  Tageson has been in full compliance with his conditions of
6  release. Pretrial Services Officer Paul Mamaril further advised
7  that he has no objection to the requested modification, under
8  the conditions proposed herein.

9

10 /S/JAMES BUSTAMANTE    /S/GEORGE BEVAN
   JAMES BUSTAMANTE      GEORGE BEVAN
11 Attorney for Defendant TAGESON  Assistant U.S. Attorney
   Dated: January 10, 2007     Dated: January 16, 2007
12

13 **IT IS SO ORDERED.**

14 Dated: 1/17/07

15                         WAYNE D. BRAZIL
                            U.S. Magistrate Judge