UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

      v.

BRENT TAGESON, et al.,

      Defendants.      /

NO. CR 06-00346 DLJ

STIPULATION AND [~~PROPOSED~~]
TRAVEL ORDER

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brent Tageson may travel outside the Northern District of California, from August 17, 2007 through August 20, 2007, to Cypress, California by car, to attend a personal development seminar.  Brent Tageson agrees that prior to traveling he will provide Pretrial Services with his itinerary, including the location at which he will be staying and contact information.

Pretrial Services Officer Paul Mamaril advised that Brent Tageson is in full compliance with his conditions of release, and he has no objection to the requested travel plans under the conditions proposed herein.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant TAGESON
Dated: August 9, 2007

/S/GEORGE BEVAN
GEORGE BEVAN
Assistant U.S. Attorney
Dated: August 9, 2007

**IT IS SO ORDERED.**

Dated: August 14, 2007

_____
BERNARD ZIMMERMAN
U.S. Magistrate Judge