UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | NO. CR 06-00346 DLJ |
| v. | STIPULATION AND [PROPOSED] TRAVEL ORDER |
| BRENT TAGESON, et al., | |
| Defendants.            / | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that defendant Brent Tageson may travel outside the Northern District of California, from November 15, 2007 through November 18, 2007, to Houston, Texas, to visit a close friend who is in the hospital after a serious motorcycle accident.

Brent Tageson agrees that prior to traveling he will provide Pretrial Services with his itinerary, including the location at which he will be staying and contact information. Pretrial Services Officer Paul Mamaril advised that Brent Tageson is in full compliance with his conditions of release, and he has no objection to the requested travel plans under the conditions proposed herein.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant TAGESON
Dated: November 13, 2007

/S/GEORGE BEVAN
GEORGE BEVAN
Assistant U.S. Attorney
Dated: November 13, 2007

**IT IS SO ORDERED.**

Dated: November 14, 2007

BERNARD ZIMMERMAN
U.S. Magistrate Judge